IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Reverend Franklin C. Reaves, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 4:08-1818-TLW-SVH |
| ) | |
| ) | |
| Marion County, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the Mullins Defendants' motion for an extension of time to file petition for attorneys' fees, (Doc. # 113), be denied. (Doc. # 118). No objections have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report

and Recommendation is **ACCEPTED.** (Doc. # 118). Therefore, the Mullins Defendants' motion for an extension of time to file petition for attorneys' fees is **DENIED**.

    **IT IS SO ORDERED**

                                              ____s/Terry L. Wooten____
                                              United States District Judge

January 21, 2011
Florence, South Carolina